## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE AT COLUMBIA

| | |
|---|---|
| **MANUEL de JESUS MARTINEZ and** )<br>**GUSTAVO A. DIAZ** ) | |
| ) | |
| **Plaintiffs,** ) | **No.: 1:17-CV-00094** |
| ) | |
| **v.** ) | **JURY DEMAND** |
| ) | |
| **SWIFT TRANSPORTATION CO. OF** ) | **JUDGE CRENSHAW** |
| **ARIZONA, LLC, d/b/a SWIFT** ) | **MAGISTRAGE JUDGE FRENSLEY** |
| **LEASING CO., LLC and DAVID** ) | |
| **ALLEN GODWIN** ) | |
| ) | |
| **Defendants.** ) | |

## SUPPLEMENTAL JOINT ADR REPORT

Previously, pursuant to the Court's Initial Case Management Order (Doc. #12), the Parties submitted a Joint Alternative Dispute Resolution Report ("Report") (Doc. #14). At this time, the Parties submit the following Supplemental Joint Alternative Dispute Resolution Report:

As noted in the earlier Report, Plaintiffs' had provided Defendants with a settlement demand, which the Defendants continue to evaluate. (Doc. #14). The Parties initially thought that they would be in a position to participate in mediation prior to June 8, 2018. (*Id.*). While the Parties continue with their good faith efforts to resolve this dispute, they respectfully request that they be provided additional time to participate in mediation. In support of this request, the Parties note that they are presently engaged in written discovery that needs to be completed prior to this matter being mediated. For this reason, the parties would respectfully request that they be given until August 31, 2018 to participate in mediation. By this time, written discovery will be completed, which will help facilitate a potential resolution of this matter. In addition, the parties have identified a mediator and are discussing potential dates now.

Finally, at this time, the parties DO NOT request referral of this case for ADR.

Respectfully submitted,

LEWIS THOMASON

By: /s/ John R. Tarpley
     John R. Tarpley, BPR # 9661
     William C. Scales, Jr., BPR # 36457
     424 Church Street, Suite 2500
     P.O. Box 198615
     Nashville, TN  37219
     (615) 259-1366
     *jtarpley@lewisthomason.com*
     *wscales@lewisthomason.com*

     *Attorneys for Defendant*
     *Swift Transportation Services, LLC*

Respectfully submitted,

WRIGHT LAW, PLC

By: /s/ Matthew E. Wright.
     Matthew E. Wright, BPR #22596
     Craig P. Glenn, BPR #31439
     840 Crescent Centre Drive, Suite 310
     Franklin TN  37067
     (615) 455-3588
     *mwright@wrightlawplc.com*
     *cglenn@wrightlawplc.com*

     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of June, 2018, a copy of the foregoing Supplemental Joint ADR Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        Matthew E. Wright, Esq.
        Craig P. Glenn, Esq.
        Wright Law, PLC
        840 Crescent Centre Drive, Suite 310
        Franklin TN  37067
        (615) 455-3588
        mwright@wrightlawplc.com
        cglenn@wrightlawplc.com


                /s/ John R. Tarpley_____