IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| MANUEL De JESUS MARTINEZ, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 1:17-cv-00094 |
| | ) | |
| SWIFT TRANSPORTATION CO. OF | ) | JUDGE CAMPBELL |
| ARIZONA, LLC et al., | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The parties filed an Order of Compromise and Dismissal (Doc. No. 32), indicating that all matters in dispute have been resolved. Accordingly, this case is **DISMISSED**, with prejudice, and the Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE